Reuben D. Nathan, Esq. (SBN 208436)
AZIMY & NATHAN, LLP
18500 Von Karman Ave., Suite 500
Irvine, California 92612
Phone: (949) 486-1888
Fax:     (949) 486-1889
Email: r.n@azimynathan.com
           e.a@azimynathan.com

Attorneys of Record for Plaintiff, Joseph Abdullah

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ABDULLAH,<br><br>Plaintiff,<br><br>v.<br><br>JASWINDER SINGH SANGHA dba M&M DISCOUNT LIQUOR and Does 1 through 10, inclusive.<br><br>Defendants. | Case No.: 2:06-CV-00548 MCE GGH<br><br>**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41 (a) or (c) AND ORDER** |

PLEASE TAKE NOTICE THAT Plaintiff, Joseph Abdullah, dismisses in its entirety, the above-captioned matter and all Defendants thereto, with prejudice. The parties request that the Court retain jurisdiction of the above-captioned matter

- 1 -

for one (1) year, effective upon the date that dismissal of the above-captioned matter is entered.

DATED: May 30, 2006                                                  **AZIMY & NATHAN, LLP**

                                                                 **BY:** /s/ Reuben D. Nathan, Esq.
                                                                      Reuben D. Nathan, Esq.
                                                                      Attorney for Plaintiff, Joseph
                                                                      Abdullah

### ORDER

The above-captioned matter and all defendants thereto are dismissed, with prejudice and the Court will retain jurisdiction of the above-captioned matter for a period of one (1) year from the date this order is signed.

Dated: July 5, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE